UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEQA LAGOON SUPPORT SERVICES, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. HASSELMAN, an individual; INTERNATIONAL MARINE SALES AND EXPORT, LLC, a Florida limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 20-cv-968 JLS (AHG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 15) |

Presently before the Court is Plaintiff Beqa Lagoon Support Services's Motion for Default Judgment (ECF No. 15). Defendants David W. Hasselman and International Marine Sales and Export, LLC have not filed an opposition to the Motion or otherwise appeared in this action. (*See generally* Docket.) On its own motion, the Court **VACATES** the hearing scheduled for January 28, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge