UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEQA LAGOON SUPPORT SERVICES, a Nevada corporation,<br><br>            Plaintiff,<br><br>v.<br><br>DAVID W. HASSELMAN, an individual; INTERNATIONAL MARINE SALES AND EXPORT, LLC, a Florida limited liability company; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 20-cv-968 JLS (AHG)<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING**<br><br>(ECF No. 15) |

Presently before the Court is Plaintiff Beqa Lagoon Support Services's Motion for Default Judgment (ECF No. 15).  In reviewing the Motion and all related documents, the Court finds supplemental briefing is necessary to adjudicate the Motion for Default Judgment.  The supplemental briefing shall address whether (1) this Court has personal jurisdiction over both Defendants and (2) venue is proper in this District.  Accordingly, the Parties **SHALL FILE** simultaneous supplemental briefs on or before <u>June 21, 2021</u>.  The

///

///

///

///

1

1  Parties' briefs, not including any exhibits necessary to respond to the Court's Order,
2  **SHALL NOT** exceed seven (7) pages in length.
3       **IT IS SO ORDERED.**
4  Dated:  June 11, 2021

                                        Hon. Janis L. Sammartino
                                        United States District Judge